AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| | )   Case No.   5:26-MJ-138 (ML) |
| | ) |
| | ) |
| **REGINALDO NUNES DOS SANTOS,** | ) |
| | ) |
| **Defendant** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of June 11, 2026 in the county of Jefferson in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, native and citizen of Brazil, after having been removed from the United States, entered, and was thereafter found in the United States without having obtained the express consent of the Attorney General of the United States, or their successor, the Secretary of the Department of Homeland Security, for reapplication for admission into the United States. |

This criminal complaint is based on these facts:
See Attached Affidavit

☒    Continued on the attached sheet.

JOSHUA N TODD
Digitally signed by JOSHUA N TODD
Date: 2026.06.15 13:35:31 -04'00'

_____
*Complainant's signature*

Joshua N. Todd, Supervisory Border Patrol Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:     June 15, 2026

_____
*Judge's signature*

City and State:     Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
*Printed name and title*

**<u>AFFIDAVIT</u>**

I, Joshua N. Todd, being duly sworn, depose and state that:

1.      I am an Acting Supervisory Border Patrol Agent employed by the Department of Homeland Security, Customs and Border Protection, U.S. Border Patrol (USBP) and as such I am an "investigative or law enforcement officer" of the United States who is empowered by law to conduct investigations and to make arrests. I have been a Border Patrol Agent with USBP since 2010.  I am currently assigned to the Wellesley Island Station, Buffalo Sector, NY where I investigate all federal administrative and criminal violations. As a Special Agent with the Department of the Army, Criminal Investigation Division (DACID) I participated in investigations of persons suspected of violating laws pertaining to United States Code Titles 18, 19, and 21, the Uniform Code of Military Justice (UCMJ), and applicable state statues. I have received training in digital evidence, crimes against persons, sexual assault, child assault, child sexual assault and death investigations. I have also investigated felony human and narcotics trafficking cases. I have gained pertinent knowledge as a Criminal Intelligence Analyst assigned to various task forces throughout Texas, Montana and New York State.  I have gained training through the Criminal Investigation Training Program, DACID Special Agent Basic Training, U.S. Border Patrol Academy, and the U.S. Customs Academy.

2.      The information contained in this affidavit is based on my personal knowledge obtained during the course of this investigation and on information conveyed to me by other U.S. Border Patrol Agents. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this complaint, I have not included each and every fact known to

me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this complaint.

3.    Based upon the facts set forth below, there is probable cause to believe that Reginaldo NUNES DOS SANTOS, (Defendant) is not a citizen of the United States and has been previously removed from the United States. After having been removed the defendant was found in the United States without having obtained the express consent of the Attorney General or his successor, the Secretary of the Department of Homeland Security, by applying to reenter the United States, in violation of Title 8, United States Code, Section 1326(a).

4.    On June 11, 2026, at approximately 7:15 a.m., Patrol Agent in Charge (PAIC), Juan Di Bella, Patrol Agent in Charge of the Wellesley Island Border Patrol Station (WIB) and members of the WIB Targeting Unit (TU) encountered a vehicle, a Black Ford F150 bearing Massachusetts license plate Y42184 ("Subject Vehicle"). The Subject Vehicle had previously been identified as being associated with a work crew, with ties to illegal aliens in the area. The Subject Vehicle was encountered departing the Travel Inn on Arsenal Street, Watertown, New York, in Jefferson County approximately 30 miles from the Canadian border.  Records checks completed via radio dispatch revealed a Treasury Enforcement Checks and Services (TECS) hit on the Subject Vehicle indicating prior derogatory law enforcement encounters.

5.    PAIC Di Bella followed the Subject Vehicle west on Arsenal Street until it turned abruptly into the Wal Mart parking lot and cut across into an adjacent parking lot.  The Subject Vehicle then circled a Harbor Freight store and the occupants parked and entered the store. PAIC Di Bella then conducted a vehicle stop on the Subject Vehicle to conduct an immigration inspection of all occupants. All three individuals verbally identified themselves as Brazilian

nationals. Upon request, none of the subjects were able to produce valid immigration documents or evidence of lawful status in the United States. During questioning, everyone admitted to being present in the United States illegally.  NUNES DOS SANTOS was transported to WIB for processing/disposition in a marked service unit.

6.	In a post *Miranda* recorded interview, NUNES DOS SANTOS stated that he was a citizen and national of Brazil and that he did not possess any immigration documents that would allow him to enter or remain in the United States legally.  NUNES DOS SANTOS was processed through biometrics systems, and a prior order of removal was discovered. Specifically, on September 26, 2005, NUNES DOS SANTOS was charged with 8 U.S.C. § 1182 Alien Inadmissibility under INA Section 212 and removed on October 7, 2005.  On October 6, 2019, NUNES DOS SANTOS crossed into the United States near Texas and was issued a Reinstatement of Deportation Order and was removed on December 12, 2020.  NUNES DOS SANTOS stated he was aware of his deportation order.

7.	NUNES DOS SANTOS stated he was jailed for approximately one month following his last apprehension.  Immigration officials ordered him to maintain contact and to report back within one year.  He stated he did not check in, nor report for a meeting with immigration officials scheduled for some time in 2020.

8.	NUNES DOS SANTOS was required to have the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security to apply for reentry into the United States after having been removed.  I have checked immigration databases and confirmed he did not have said consent.

9.	Based on the foregoing, your affiant respectfully submits that there is probable

cause to believe that on or about June 11, 2026, within the Northern District of New York,

NUNES DOS SANTOS, an alien who was removed from the United States on or about

December 12, 2020, was found in the United States without having obtained the express consent

of the Attorney General of the United States or the Secretary of the Department of Homeland

Security to re-apply for admission to the United States, in violation of Title 8, United States

Code, Section 1326(a).

ATTESTED TO BY THE APPLICANT BY TELEPHONE IN ACCORDANCE WITH THE
REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

JOSHUA N TODD

Digitally signed by JOSHUA N
TODD
Date: 2026.06.15 13:36:13 -04'00'

Joshua N. Todd
Supervisory Border Patrol Agent

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby
acknowledge that this affidavit was attested by the affiant by video conference on June
15, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Honorable Miroslav Lovric
United States Magistrate Judge